**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                              Case No:        12-38417-LMI
                                                                                                         Chapter         13

Delia C. Fiad
              Debtor(s)
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE

COMES NOW, the Debtor, Delia C. Fiad by and through the undersigned counsel and moves this Honorable Court to **Reinstate the instant case**, and as grounds therefore state(s):

1. On November 28, 2012, the Debtor filed a Chapter 13 Petition.

2. On March 22, 2019, the Chapter 13 was dismissed for failure to remain current in the Plan payments.

3. The Debtor will payoff the Chapter 13 from the proceeds from the refinancing which will make the Debtor current under the latest filed plan.

WHEREFORE, for the above stated reasons, Debtor respectfully requests this Honorable Court to Reinstate the Chapter 13 Case.

I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail to all creditors on the below Service list on this 11th day of April, 2019.

                                                                    James Alan Poe, P.A.
                                                                    Attorney for Debtor
                                                                    9500 S. Dadeland Blvd., Suite 510
                                                                    Miami, FL 33156   (305)670-3950
                                                                    By:         /S/
                                                                    James A. Poe, Esq.
                                                                    F.B.N. 107956

Service List

Space Coast Credit Union |Blaxberg, Grayson, Kukoff & Twombly|Ian J. Kukoff|25 SE Second Ave|Suite 730|Miami, FL 33131-1696

Wells Fargo Bank, NA |c/o Amber Kourofsky|POB 23028|Tampa, FL 33623-2028 ; Wells Fargo Home Mortgage. |c/o Alice Blanco|3575 Piedmont Rd NE #500|Atlanta, GA 30305-1623; Absolute Resolutions Corp. |P.O. Box 880306|San Diego, CA 92168-0306| ; Accounts Receivable Management |155 Mid Atlantic P|Thorofare, NJ 08082| ; Albertelli Law |POB 23028|Tampa, FL 33623-2028| ; American InfoSource LP as agent for |Midland Funding LLC|PO Box 268941|Oklahoma City, OK  73126-8941; Asset Acceptance Llc |Attn: Bankruptcy|Po Box 2036|Warren, MI 48090-2036; BCC Financial Management Services |POB 590097|Fort Lauderdale, FL 33359-0097| ; Bank Of America |4060 Ogletown/Stanton Rd|Newark, DE 19713| ; BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238|preferred ; Bank Of America |Attn: Bankruptcy NC4-105-0299|Po Box 26012|Greensboro, NC 27420-6012 ; Bank Of America, N.a. |450 American St|Simi Valley, CA 93065-6285| ; Bank One Collections |8670 N. 22nd Avenue|Suite 103|Phoenix, AZ 85021 ; CANDICA, LLC |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121-3132 ; Calvary Portfolio Services |500 Summitt Lake Drive|Suite 4A|Valhalla, NY 10595-2323 ; Capital One, N.a. |Capital One Bank (USA) N.A.|Po Box 30285|Salt Lake City, UT 84130-0285 ;Cerno Solutions  LLC |2711 N. Haskell Avenue|Suite 1860|Dallas, TX 75204-2911; Chase |201 N. Walnut St//De1-1027|Wilmington, DE 19801-2920| ; Chase |Chase Card Services|Po Box 15298|Wilmington, DE 19850-5298; Chela/Sallie Mae |Attn: Claims Department|Po Box 9500|Wilkes-Barre, PA 18773-9500

CitAsset/VeriCrest |VeriCrest Financial/Attention: Bankruptc|Po Box 24610|Oklahoma City, OK 73124-0610

ECMC |P.O. Box 75906|St. Paul, MN 55175-0906| ; Eastern Financial Fl C |3700 Lakeside Dr|Miramar, FL 33027-3265|

Ecmc |Po Box 64909|St. Paul, MN 55164-0909| ; Enhanced Recovery Corp. |8014 Bayberry Rd|Jacksonville, FL 32256-7412|

FIA Card Services |P.O. Box 15026|Wilmington, DE 19850-5026; FMA Alliance |12339 Cutten Road|Houston, TX 77066-1807

Financial Recovery Services, Inc. |P.O. Box 385908|Minneapolis, MN 55438-5908| ; Geico |P.O. Box 9105|Macon, GA 31208-9105

Gemb/city Furniture |Attn: bankruptcy|Po Box 103104|Roswell, GA 30076-9104; Glass MTN Legal Solution |1930 Thoreau Drive|Suite 100|Schaumburg, IL 60173-4179; HC Recovery, Inc. |PO Box 849|Springdale, AR 72765-0849| ; Hsbc Nv |Attention: Bankruptcy|Po Box 5213|Carol Stream, IL 60197-5213

Hsbc/bsbuy |Po Box 5253|Carol Stream, IL 60197-5253; Hsbc/neimn |Hsbc Card Services/Attn: Bankruptcy|Po Box 5895|Carol Stream, IL 60197-5895

IRS |Special Procedures|POB 7346|Philadelphia, PA 19101-7346; Kia Motors Finance |Po Box 20815|Fountain Valley, CA 92728-0815 ; Liberty Mutual |P.O. Box 970|Mishawaka, IN 46546-0970 ; Liberty Mutual Insurance Company |P.O. Box 970|Mishawaka, IN 46546-0970 ; Macys/fdsb |13141 34th St N|Clearwater, FL 33762-4259 ; Mercantile Adjustment Bureau |6390 Main Street|Buffalo, NY 14221-5857 ; Miami Children Hospital |3100 SW 62nd Ave|Miami, FL 33155-3073

Midland Credit Mgmt In |8875 Aero Dr|San Diego, CA 92123-2255 ; Mortgage It |original company name) Bankruptcy Dept.|1100 Virginia Dr.|Fort Washington, PA 19034-3204; Municipal Services Bur |Po Box 16755|Austin, TX 78761-6755 ; Natl Cty Crd |2730 Liberty Avenue|Pittsburgh, PA 15222-4704

Nordstrom FSB |Attention:  Bankruptcy Department|Po Box 6566|Englewood, CO 80155-6566; Office of the US Trustee |51 S.W. 1st Ave.|Suite 1204|Miami, FL 33130-1614; PNC Bank |P.O. Box 94982|Cleveland, OH 44101-4982; Paragon Way |7500 Rialto Blvd.|Bldg.1, Suite 100|Austin, TX 78735-8532; Pnc Bank |Po Box 3180|Pittsburgh, PA 15230-3180 ; Professional Recovery Services Inc |221 Laurel Road|Voorhees, NJ 08043-2330 ; Progressive Insurance Company |P.O. Box 30108|Tampa, FL 33630-3108 ; Raul Molina, DDS |10141 S.W. 40th Street|Miami, FL 33165-3947; SM Servicing |P.O. Box 9500|Wilkes Barre, PA 18773-9500

Space Coast Credit Uni |8045 N Wickham Rd|Melbourne, FL 32940-7920; Transwolrd Systems Collections |P.O. Box 8445|Belfast, ME 04915-8445

Velocity Portfolio Group |1800 Route 34 N|Suite 404A|Belmar, NJ 07719-9147; Vericrest |Po Box 24610|Oklahoma City, OK 73124-0610

WELLS FARGO BANK, N.A. |ATTN: BANKRUPTCY DEPARTMENT|MAC # T7416-023|4101 WISEMAN BLVD.|SAN ANTONIO, TX 78251-4200

Wachovia Mortgage, FSB |n/k/a Wells Fargo Bank, N.A.|c/o Rutherford Mulhall, P.A.|2600 N. Military Trail, 4th Floor|Boca Raton, FL 33431-6330

Wachovia Mortgage/World Savings and Loan |Attn: Bankruptcy Dept./T7419-015|Po Box 659558|San Antonio, TX 78265-9558

Westministerr Christain School |6855 S.W. 152nd Street|Miami, FL 33157-2699|; Delia C. Fiad |9221 Sunset Drive|Miami, FL 33173-3239|

Nancy K. Neidich |www.ch13herkert.com|POB 279806|Miramar, FL 33027-9806

Debtor