

ORDERED in the Southern District of Florida on May 21, 2019.

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Delia C. Fiad

        Debtor
_____/

Case No:    12-38417-LMI
Chapter    13

## SUPPLEMENTAL ORDER ON MOTION TO REINSTATE

THIS CAUSE having come before the court on May 7, 2019, upon the **Motion to Reinstate Case (DE #273)**, and the Court having heard argument of the Trustee and the Debtor's Attorney, it is ORDERED as follows:

1. The Motion to Reinstate has been granted in a separate order (DE #277). The Debtor shall file a Motion to Modify by May 10, 2019.
2. The Debtor shall have financing in place within thirty (30) days from the date of this order to pay off the Chapter 13 plan base and provide for the additional provisions stated in the Agreed Order [DE #194], or the Motion to Modify shall be denied.
3. The mortgage recorded in Book 25622, Page 0282 in the public records of Miami-Dade County, Florida for the property located at 9450 SW 65th Street, Miami, FL 33173, will be satisfied upon the final payment of the Chapter 13 Plan in the amount of $231,973.40.

# # #

Submitted By: James A. Poe, Esq., 9500 So. Dadeland Blvd., Ste. 510, Miami, FL 33156.

Attorney James Poe is directed to mail a conformed copy of this Order immediately upon receipt to all interested parties.