**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 15th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Delia C. Fiad          JOINT DEBTOR: _____          CASE NO.: 12-38417-LMI

SS#: xxx-xx-____          SS#: xxx-xx-____

### I.    NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

### II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,730.57      for months   1   to   59  ;
2. $259,709.45    for months  60   to   60  ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE    ☐ PRO BONO

| Total Fees: | $6550.00 | Total Paid: | $1326.00 | Balance Due: | $5224.00 |
|---|---|---|---|---|---|
| Payable | $70.74 | /month (Months | 1 to 59 ) | | |
| Payable | $1,050.34 | /month (Months | 60 to 60 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 plus motion to value fees ($750.00, $750.00, $500.00), Motion to Modify $525 (ECF 156 denied for failure to provide Tax Returns) Second Motion to Modify $525.00 for totoal of $6,550.00.
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.   TREATMENT OF SECURED CLAIMS

**A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank, N.A.

    Address: P.O. Box 659558
    San Antonio, TX  78265

    Arrearage/ Payoff on Petition Date    $34,335.96 per court order ECF 222

    Arrears Payment (Cure)    $34,335.96  /month (Months  60  to  60  )

    Last 4 Digits of
    Account No.: _____

Debtor(s): Delia C. Fiad _____    Case number: 12-38417-LMI

| Other: _____ |
|---|

■ Real Property             Check one below for Real Property:
  ☐ Principal Residence          ☐ Escrow is included in the regular payments
  ☐ Other Real Property          ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
9450 S.W. 65th Street
Miami, FL  33173

☐ Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: Natl Cty Crd | Value of Collateral: $180,000.00 | **Payment** |
|---|---|---|
| Address: 2730 Liberty Avenue Pittsburgh, PA 15222 | Amount of Creditor's Lien: $90,000.00 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: ____ | Interest Rate: 0.00% | $0.00 /month (Months 1 to 60) |
| Real Property ■ Principal Residence ☐ Other Real Property | Check one below: ☐ Escrow is included in the monthly mortgage payment listed in this section ■ The debtor(s) will pay ■ taxes   ■ insurance directly | |
| Address of Collateral: 10520 S.W. 66th Terrace Miami, FL  33173 | | |
| 2. Creditor: Wells Fargo/Wachovia Motgage/World Savings and Loan | Value of Collateral: $249,500.00 | **Payment** |
| Address: Attn: Bankruptcy Dept/ T7419-015 P.O. Box 659558 San Antonio, TX  78265 | Amount of Creditor's Lien: $214,000.00 Interest Rate: 5.25% | Total paid in plan: $287,677.56 $1,526.10 /month (Months 1 to 59) $197,637.44 /month (Months 60 to 60) |
| Last 4 Digits of Account No.: 2403 | Check one below: ☐ Escrow is included in the monthly mortgage payment listed in this section ■ The debtor(s) will pay ■ taxes   ■ insurance directly | |
| Real Property ☐ Principal Residence ■ Other Real Property | | |
| Address of Collateral: 9450 S.W. 65th Street Miami, FL  33173 | | |

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Space Coast Credit Union | Value of Collateral: $20,000.00 | **Payment** |
|---|---|---|
| Address: 8045 N. Wickham Rd, Melbourne, FL 32940 | Amount of Creditor's Lien: $21,335.00 | Total paid in plan: $22,633.30 |
| Last 4 Digits of Account No.: 9321 | Interest Rate: 0.00% | $371.50 /month (Months 1 to 59) |
| VIN: | | $714.76 /month (Months 60 to 60) |
| Description of Collateral: 2007 Mercedes R350 20,000.00 | | |
| Check one below:<br>☐ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | | |

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☒ Other: The Debtor is in litigation disputing foreclosure regarding this property.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. | | |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: $6,572.04 | Total Payment: $6,572.04 |
|---|---|
| Payable: $111.39 /month (Months 1 to 59) | |

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $377.78 /month (Months 1 to 59)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): Delia C. Fiad    Case number: 12-38417-LMI

☒ NONE

VII.  **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII.  **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Delia C. Fiad    Debtor    May 31, 2019            Joint Debtor
Delia C. Fiad                        Date                                Date

_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**